UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00254(1)-CRW |
| | § | |
| (1) Richard Esaw Fox | § | |

## ORDER ACCEPTING GUILTY PLEA

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 21, 2026, wherein the defendant (1) Richard Esaw Fox waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Richard Esaw Fox to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Richard Esaw Fox's plea of guilty to Counts One SS (1ss), Two SS (2ss) and Three SS (3ss) is accepted.

Signed this 4th day of August, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE